**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 13-cv-03314-REB-CBS

TIM ELLIOTT,

    Plaintiff,

v.

STEPHEN C. BENNINGTON, an individual,
STEPHEN C. BENNINGTON, Trustee of Bennington Living Trust,
CORINNE M. BENNINGTON, an individual,
CORINNE M. BENNINGTON, Trustee of the Bennington Living Trust,
CORINNE M. BENNINGTON, Trustee of the Dakota Heritage Living Trust, and
DOES 1-50,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation of Dismissal of All Claims; With Prejudice** [#32][1] filed July 24, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal of All Claims; With Prejudice** [#32] filed July 24, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Conference set October 3, 2014, are **VACATED**;

    3.  That the jury trial set to commence October 20, 2014, is **VACATED**; and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 28, 2014, at Denver, Colorado.

                                     **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge